## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                               :Chapter 13
**Keith L. Thorne**
**Franceina Thorne**

   (DEBTOR)                                      :Bankruptcy#16-11837JKF13


### PRAECIPE


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Answer to the Motion for Relief we filed on or about September 27, 2017. Document number 58.


DATED: November 17, 2017              _____/s/_____
                                                        Michael A. Cataldo, Esquire
                                                        Cibik and Cataldo, P.C.
                                                        1500 Walnut Street, Suite 900
                                                        Philadelphia, PA 19102
                                                        (215) 735-1060