IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| KEITH L. THORNE | : | BK. No. 16-11837 SR |
| FRANCEINA THORNE | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, | : | |
| FSB, D/B/A CHRISTIANA TRUST, NOT | : | |
| INDIVIDUALLY BUT AS TRUSTEE FOR | : | |
| PRETIUM MORTGAGE ACQUISITION | : | 11 U.S.C. §362 |
| TRUST                                    Movant | : | |
| v. | : | |
| KEITH L. THORNE | : | |
| FRANCEINA THORNE | : | |
| Respondents | | |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 21st day of December, 2017, at PHILADELPHIA, upon Motion of **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **1806 N 76 STREET, PHILADELPHIA, PA 19151**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

~~ORDERED that Rule 4001(a)(3) is not applicable and WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
~~STEPHEN RASLAVICH, BANKRUPTCY JUDGE~~
Judge Jean K. FitzSimon

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA 19606

MICHAEL A. CATALDO2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

KEITH L. THORNE
1806 NORTH 76TH STREET
PHILADELPHIA, PA 19151

FRANCEINA THORNE
1806 NORTH 76TH STREET
PHILADELPHIA, PA 19151