United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith L. Thorne
Franceina Thorne
    Debtors

Case No. 16-11837-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 2     Date Rcvd: Dec 21, 2017
Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db/jdb       +Keith L. Thorne,    Franceina Thorne,    1806 North 76th Street,    Philadelphia, PA 19151-2019
cr            Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
cr           ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,    19001 South Western Avenue,
               Torrance, CA 90509-2958)
cr           +Wilmington Savings Fund Society, FSB, d/b/a Chris,    9990 Richmond Avenue,   Suite 400 South,
               Houston, TX 77042-4546
13881445     +Wilmington Savings Fund Society FSB,   dba Christiana Trust not indiv but trus,
               for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
               Ave, Ste 400 S, Houston, TX 77042-4559
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:43    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:07
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 22 2017 01:42:49
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
```
              BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corporation speck@lobaf.com,
               BarbaraF@lobaf.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB DBA Christiana
               Trust etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Keith L. Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Franceina  Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Keith L. Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com;cibikmr70146@notify.bestcase.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Franceina  Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com;cibikmr70146@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT PATRICK WENDT    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| KEITH L. THORNE | : | BK. No. 16-11837 |
| FRANCEINA THORNE | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST    Movant | : | 11 U.S.C. §362 |
| v. | : | |
| KEITH L. THORNE | : | |
| FRANCEINA THORNE | : | |
| Respondents | | |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 21st day of December, 2017, upon Motion of **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **1806 N 76 STREET, PHILADELPHIA, PA 19151** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Judge Jean K. FitzSimon

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA 19606

MICHAEL A. CATALDO2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

KEITH L. THORNE
1806 NORTH 76TH STREET
PHILADELPHIA, PA 19151

FRANCEINA THORNE
1806 NORTH 76TH STREET
PHILADELPHIA, PA 19151