Certificate Number: 16339-PAE-DE-033630093

Bankruptcy Case Number: 16-11837



16339-PAE-DE-033630093

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2019</u>, at <u>1:16</u> o'clock <u>PM EDT</u>, <u>Franceina Thorne</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   October 31, 2019             By:   /s/Kelley Tipton

                                                    Name:   Kelley Tipton

                                                  Title:   Certified Financial Counselor