**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ___KEITH & FRANCEINA THORNE___        Case No. ___16-11837JKF13___
            Debtors

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.    Certification Regarding Domestic Support Obligations (check no more than one)*

        Pursuant to 11 U.S.C. Section 1328(a), I certify that:

        ☑  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

        ☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.   If you checked the second box, you must provide the information below.*

        My current address:_____

        My current employer and my employer's address:_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

        Pursuant to 11 U.S.C. Section 1328(h), I certify that:

        ☑  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

        ☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: ___11/12/19___        ___Franceina Thorne___
                               FRANCEINA THORNE
                               Debtor

Dated: ___11/12/19___        ___Keith Thorne___
                               KEITH THORNE
                               Joint Debtor

*\*Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*