```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                     Case No. 16-11837-jkf
Keith L. Thorne                                            Chapter 13
Franceina Thorne
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                   Page 1 of 2                  Date Rcvd: Feb 14, 2020
                              Form ID: 138NEW              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db/jdb         +Keith L. Thorne,    Franceina Thorne,    1806 North 76th Street,    Philadelphia, PA 19151-2019
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,     19001 South Western Avenue,
                Torrance, CA 90509-2958)
cr             +Wilmington Savings Fund Society, FSB, d/b/a Chris,    9990 Richmond Avenue,    Suite 400 South,
                Houston, TX 77042-4546
13695631     +++Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept APS,
                Oklahoma City, OK 73118-7901
13692796       +Commonwealth of PA,   UC Benefits Overpayment Section,     501 Labor  andIndustry Building,
                7th and Foster Streets,    Harrisburg, PA 17121-0001
13692797       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13692798       +Experian,   Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
13692799       +Hon. Leon Hunter,    4655 West Chester Pike,    Newtown Square, PA 19073-2226
13692802        Jefferson,   Physician Business Services,    PO Box # 40089,    Philadelphia, PA 19106-0089
13755720       +Office of UC Benefits Policy,    Department of Labor and Industry,    Office of Chief Counsel,
                651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
13692804        PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
                Harrisburg, PA 17120-0946
13692806       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13692808       +Police And Fire Fcu,    901 Arch St,   Philadelphia, PA 19107-2495
13692809       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd MS: RJW-135,
                Warwick, RI 02886-1321
13714022       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
13718421      #+Toyota Motor Credit Corporation,    c/o BARBARA A. FEIN,    Law Offices of Barbara A. Fein,
                721 Dresher Road, Suite 1050,    Dresher, PA 19044-2266
13936633       +Toyota Motor Credit Corporation,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13692811       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
13692812        University Gastro & Hepat,    132 S 10th St 480 Main,   Philadelphia, PA 19107-5244
13692813       +Visa Dept Store National Bank,    Attn: Bankruptcy,   PO Box 8053,    Mason, OH 45040-8053
13747388        Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A.,as servicer,
                Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
13692814       +Wells Fargo Hm Mortgag,    Po Box 10335,   Des Moines, IA 50306-0335
13881445       +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,
                for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
                Ave, Ste 400 S, Houston, TX 77042-4559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 15 2020 03:13:38      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 03:12:52
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2020 03:13:21      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 15 2020 03:25:52
                Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 15 2020 03:23:52
                Capital One Auto Finance c/o AIS Portfolio Service,     P.O. BOX 4360,   Houston, TX  77210-4360
13692793        E-mail/Text: megan.harper@phila.gov Feb 15 2020 03:13:38      City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13692794        E-mail/Text: megan.harper@phila.gov Feb 15 2020 03:13:38      City of Philadelphia,
                Bankruptcy Unit,   15th Floor,    1515 Arch Street,   Philadelphai, PA 19102
13692790       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 15 2020 03:22:17
                Capital One Auto Finance,    PO Box 93016,   Long Beach, CA 90809-3016
13692791       +E-mail/Text: ecf@ccpclaw.com Feb 15 2020 03:12:20      Cibik & Cataldo, P.C.,
                1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13692795       +E-mail/Text: documentfiling@lciinc.com Feb 15 2020 03:11:22      Comcast Cable,   P.O. Box 3006,
                Southeastern, PA 19398-3006
13776467        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 03:12:35
                Department Store National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
13692800        E-mail/Text: cio.bncmail@irs.gov Feb 15 2020 03:12:28     I.R.S.,    P.O. Box 7346,
                Philadelphia, PA  19101-7346
13776688       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2020 03:13:04     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
13692803       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2020 03:13:04     Midland Funding,
                2365 Northside Dr,   Suite 300,    San Diego, CA 92108-2709
13739068       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 15 2020 03:12:31      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2            User: John                 Page 2 of 2                  Date Rcvd: Feb 14, 2020
                                Form ID: 138NEW            Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13692805          E-mail/Text: bankruptcygroup@peco-energy.com Feb 15 2020 03:12:31      Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
13692807         +E-mail/Text: bankruptcy@pinnaclerecovery.com Feb 15 2020 03:14:09      Pinnacle Recovery,
                 PO Box 130848,    Carlsbad, CA 92013-0848
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13736870*      +++Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13692792*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13692801*        I.R.S.,   P.O. Box 7346,    Philadelphia, PA 19101-7346
13692810*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Mtr,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
```
              BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corporation bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB DBA Christiana
               Trust etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Keith L. Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Franceina  Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Keith L. Thorne ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Franceina  Thorne ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              ROBERT PATRICK WENDT    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Keith L. Thorne and Franceina Thorne
      Debtor(s)                                                 Bankruptcy No: 16–11837–jkf
                                                                            Chapter: 13

_____

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                        Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 2/14/20

                                                                                                                                                                 95 – 94
                                                                                                                                                                Form 138_new